IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC. TCPA LITIGATION <br><br> Plaintiff/Petitioner <br><br> vs. <br><br><br> Defendant/Respondent | Hearing Date: **03/31/2014** <br> CASE NO: **1:13-MD-2493** <br> AFFIDAVIT OF SERVICE OF: **LETTER TO CUSTODIAN OF RECORDS; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; DECLARATION OF RECORDS CUSTODIAN REGARDING SUBPOENA DUCES TECUM TO CHASE DATA CORPORATION** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **25th day of March, 2014**, at **8:30 AM**, at the address of **1840 NW 103RD Avenue, PLANTATION**, within the County of **Broward**, State of **Florida 33322**; this affiant served the above described documents upon **CHASE DATA CORPORATION/CUSTODIAN OF RECORDS** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Ahmed Macklai, RECORD CUSTODIAN, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a black-haired Middle Eastern male approx. 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 25 day of March, 2014.

_____
Miriam Marquez De La Plata, Reg. # 890, Broward, FL

KONYA ROBINSON
MY COMMISSION # EE 185943
EXPIRES: April 2, 2016
Bonded Thru Notary Public Underwriters

STATE OF FLORIDA, COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this 25 day of March, 20 14, by Miriam Marquez De La Plata.

_____
PRINT, TYPE, OR STAMP NAME OF NOTARY

Personally known ✓
or Produced Identification _____
Type of Identification Produced _____

FOR: **Terrell Marshall & Daudt, PLLC**
REF: **1525-001**

ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: **30160217 SEA**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL No. 1:13-MD-2493 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing document:

Affidavit of Service of:  Letter to Custodian of Records; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, and Declaration of Records Custodian Regarding Subpoena Duces Tecum to Chase Data Corporation

was served on all parties listed below electronically via ECF.  The Court's CM/ECF system will also generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and all registered users.  The NEF will constitute service of the document(s).  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Dated: April 11, 2014.                    Respectfully Submitted,

                                                  TERRELL MARSHALL DAUDT & WILLIE, PLLC

                                                  By:    /s/ Beth E. Terrell
                                                         Beth E. Terrell
                                                         936 N. 34th St. Suite 300
                                                         Seattle, Washington 98103
                                                         Telephone:  (206) 816-6603
                                                         Facsimile:  (206) 350-3528
                                                         Email: bterrell@tmdwlaw.com

                                                *Co-Lead Counsel for Plaintiffs*

## **SERVICE LIST**

*Liaison Counsel for Plaintiffs:*

>Jonathan R. Marshall
>BAILEY & GLASSER, LLP
>209 Capitol Street
>Charleston, West Virginia  25301
>Telephone:  (304) 345-6555
>Facsimile:  (304) 342-1110
>Email: jmarshall@baileyglasser.com

*Co-Lead Counsel for Plaintiffs:*

>John W. Barrett
>BAILEY & GLASSER, LLP
>209 Capitol Street
>Charleston, West Virginia  25301
>Telephone:  (304) 345-6555
>Facsimile:  (304) 342-1110
>Email: jbarrett@baileyglasser.com

*Liaison Counsel for Defendants*:

>Jeffrey A. Holmstrand
>FLAHERTY SENSABAUGH BONASSO, PLLC
>P.O. Box 6545
>Wheeling, West Virginia  26003
>Telephone:  (304) 230-6600
>Facsimile:  (304) 230-6610
>Email: jholmstrand@fsblaw.com

*Co-Lead Counsel for Defendant*:

>Jeffrey A. Holmstrand
>FLAHERTY SENSABAUGH BONASSO, PLLC
>P.O. Box 6545
>Wheeling, West Virginia  26003
>Telephone:  (304) 230-6600
>Facsimile:  (304) 230-6610
>Email: jholmstrand@fsblaw.com

>Meryl C. Maneker
>WILSON TURNER KOSMO LLP
>550 West C Street, Suite 1050
>San Diego, California  92101

Telephone: (619) 236-9600
Facsimile: (619) 236-9669
Email: mmaneker@wilsonturnerkosmo.com