FILED

MAY 1 3 2014

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE MONITRONICS INTERNATIONAL, INC.          MDL No. 1:13-MD-2493
TELEPHONE CONSUMER
PROTECTION ACT LITIGATION

This document relates to:

*Cain v. Monitronics International, Inc., et al.*,
Case No.: 1:13-cv-00265-IMK

## ORDER GRANTING STIPULATION OF DISMISSAL

For good cause shown, the Court GRANTS Plaintiff George Cain's ("Plaintiff") request to voluntarily dismiss Plaintiff's individual claims in this action WITH prejudice and the putative class members' claims brought by Plaintiff WITHOUT prejudice. Each party[1] shall bear his/their own costs and fees with respect to this action brought by Plaintiff.

**IT IS SO ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record.

Dated: 5/13/14

_____
HON. IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

---

[1] The parties include Plaintiff GEORGE CAIN and Defendants MONITRONICS INTERNATIONAL, INC., ALLIANCE SECURITY, LLC, and UTC FIRE AND SECURITY AMERICAS CORPORATION, INC.