IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS INTERNATIONAL, INC.,
TELEPHONE CONSUMER PROTECTION ACT
LITIGATION

                                                          MDL NO. 1:13MD2493

--------------------------

THIS DOCUMENT RELATES TO 1:14CV82

**REFERRAL ORDER**

     Pursuant to Title 28, United States Code §§ 636(b)(1)(A) and 636(b)(1)(B) and L.R. Civ. P.7.02(c), the Court **REFERS** this action to the Honorable John S. Kaull, United States Magistrate Judge, who is hereby designated and authorized to consider the record and rule on the pending "Motion to Quash" (dkt. no. 111) and "Motion for Protective Order" (dkt. no. 112), as well as any discovery request or subsequent non-dispositive pre-trial motions filed in the case including, without limitation, conducting a hearing on the motions, if necessary, and entering into the record an order as to the appropriate disposition of the motions.

     The Court directs the Clerk to transmit copies to counsel of record and to the Honorable John S. Kaull, United States Magistrate Judge.

DATED: May 21, 2014.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE