FILED

APR 22 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

IN RE MONITRONICS INTERNATIONAL,
INC. TELEPHONE CONSUMER
PROTECTION ACT LITIGATION

MDL No. 1:13-MD-2493

This document relates to:
ALL CASES

## AGREED ORDER RESOLVING PLAINTIFF'S MOTION TO ENFORCE THE COURT'S ORDER FOR DISCOVERY FROM ISI ALARMS NC, INC.

On April 1, 2015, Plaintiff filed a Motion to Enforce the Court's Order for Discovery from ISI Alarms NC, Inc. (Doc. No. 380) The deadline for a response from Defendant ISI Alarms NC, Inc. was April 20, 2015. The parties have agreed to a process to resolve this dispute. The Court therefore Orders the following:

1. The deadline for the production of a privilege log prepared in conformity with Fed. R. Civ. P. 26(b)(5) and L.R. Civ. P. 26.04 related to data which contains the names of counsel is May 12, 2015.
2. The deadline for the parties to identify terms to be utilized in a search of data generated after March 31, 2013, is April 28, 2015.
3. The deadline to produce documents identified in the search of post-March 31, 2013 documents related to Defendant ISI Alarms NC, Inc. is May 21, 2015.
4. Defendant will pay the cost of this search and production.
5. The parties agree that the third-party IT consultant, Clark Walton, will be under the joint supervision of counsel for Plaintiff and Defendant on this phase of the production.

The Court adopts the schedule as proposed. IT IS SO ORDERED.

This the 22 day of April, 2015.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

BAILEY & GLASSER LLP

By:   /s/ Jonathan R. Marshall
     John W. Barrett
     Jonathan R. Marshall
     209 Capitol Street
     Charleston, West Virginia  25301
     Telephone:  (304) 345-6555
     Facsimile:  (304) 342-1110
     Email:  jbarrett@baileyglasser.com
     Email:  jmarshall@baileyglasser.com

     Beth E. Terrell
     Mary B. Reiten
     TERRELL MARSHALL DAUDT
      & WILLIE PLLC
     936 North 34th Street, Suite 300
     Seattle, Washington  98103-8869
     Telephone:  (206) 816-6603
     Facsimile:  (206) 350-3528
     Email:  bterrell@tmdwlaw.com
     Email:  mreiten@tmdwlaw.com

     *Co-Lead Counsel for Plaintiff*


/s/ *Robert B. Newkirk, III*
Robert B. Newkirk, III
NEWKIRK LAW OFFICE, P.A.
P.O. Box 2536
Cornelius, North Carolina  28031
Telephone:  (704) 892-5898
Facsimile:  (704) 892-5633
Email:  Robert@newkirklawoffice.com

*Counsel for ISI Alarms NC, Inc.*