**Filed in Wrong Case (only filed in lead case)**