IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS INTERNATIONAL,
INC., TELEPHONE CONSUMER
PROTECTION ACT LITIGATION,

No. 1:13-md-02493-JPB-MJA

THIS DOCUMENT RELATES TO:

    ALL CASES

## ORDER SETTING EVIDENTIARY HEARING AND ARGUMENT

An evidentiary hearing and argument on Plaintiffs' Motion for an Award of Attorney's Fees in Connection with Plaintiffs' Motion to Compel Production of Unredacted Documents [ECF No. 944] shall be held **Monday, February 27, 2017, at 10:00 a.m.**, in the Magistrate Judge Courtroom, Room 433, Fourth Floor, United States Courthouse, Twelfth and Chapline Streets, Wheeling, West Virginia.

The Court will permit any out-of-town lawyers having their offices more than forty miles from the point of holding court where the hearing is scheduled to participate in the proceeding by telephone. Prior to the proceeding, counsel for the moving party shall:

1. Confer with out-of-town counsel and pro se parties to determine if they wish to appear by telephone;

2. Advise the Court of the name of all lawyers appearing by telephone; and

3. Initiate one timely conference call, with such lawyers to (304)233-1348, **FIVE MINUTES PRIOR TO** the time of the scheduled proceeding. The conference operator shall have all persons appearing by telephone on the line prior to placing the call to the Court.

2

4.  **COUNSEL SHALL EXCHANGE PROPOSED EXHIBITS ONE TWENTY-FOUR HOUR BUSINESS DAY PRIOR TO THE HEARING.**

5.  **THE COURT ALLOWS ONE (1) HOUR FOR MOST HEARINGS. IF EITHER COUNSEL ANTICIPATES IT WILL TAKE MORE THAN ONE (1) HOUR, PLEASE NOTIFY THE COURT TO RESCHEDULE THE HEARING.**

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED:  February 15, 2017

*/s/ James E. Seibert*
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE