## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER
PROTECTION ACT LITIGATION

MDL NO. 1:13-MD-2493
(BAILEY)

--------------------------------------

**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER OF STATUS CONFERENCE

On the 17th day of August, 2017, counsel in the above matter appeared before this Court for a Status Conference. As an initial matter, this Court inquired as to settlement progress. The parties indicated that they will be in a position to file for consideration their preliminary approval of settlement and notice plan by August 31, 2017. In addition, plaintiffs' liaison counsel, Jonathan Marshall, represented that he will reach out to the individual plaintiffs and report his findings to the Court. There being no further business, this matter was adjourned.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: August 17, 2017.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE