UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-JES |
| THIS DOCUMENT RELATES TO:<br><br>    ALL CASES | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully move this Court under Federal Rule of Civil Procedure 23(e) for an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The reasons for granting this motion are more fully explained in the supporting memorandum and attached exhibits:

Exhibit A.  Declaration of Jonathan R. Marshall in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Exhibit B.  Class Action Settlement Agreement.

Exhibit C.  Declaration of Carla Peak in Support of Notice Plan.

Respectfully Submitted,

BAILEY & GLASSER, LLP

By:  /s/ Jonathan R. Marshall
       Jonathan R. Marshall
       209 Capitol Street
       Charleston, West Virginia  25301
       Telephone:  (304) 345-6555
       Facsimile:  (304) 342-1110
       Email: jmarshall@baileyglasser.com

*Liaison Counsel*

- 2 -

        John W. Barrett
        Ryan M. Donovan
        BAILEY & GLASSER, LLP
        209 Capitol Street
        Charleston, West Virginia  25301
        Telephone:  (304) 345-6555
        Facsimile:  (304) 342-1110
        Email: jbarrett@baileyglasser.com
        Email: rdonovan@baileyglasser.com

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell
        Beth E. Terrell
        Mary B. Reiten
        936 North 34th Street, Suite 300
        Seattle, Washington  98103-8869
        Telephone:  (206) 816-6603
        Facsimile:  (206) 319-5450
        Email:  bterrell@terrellmarshall.com
        Email:  mreiten@terrellmarshall.com

*Co-Lead Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Liaison Counsel for Defendants*:

> Jeffrey A. Holmstrand
> GROVE HOLMSTRAND & DELK, PLLC
> 44-1/2 15th Street
> Wheeling, West Virginia  26003
> Telephone:  (304) 905-1961
> Facsimile:  (304) 905-8628
> Email: jholmstrand@grovedelklaw.com

*Co-Lead Counsel for Defendant Monitronics, Inc.*:

> Jeffrey A. Holmstrand
> GROVE HOLMSTRAND & DELK, PLLC
> 44-1/2 15th Street
> Wheeling, West Virginia  26003
> Telephone:  (304) 905-1961
> Facsimile:  (304) 905-8628
> Email: jholmstrand@grovedelklaw.com

> Meryl C. Maneker
> WILSON TURNER KOSMO LLP
> 550 West C Street, Suite 1050
> San Diego, California  92101
> Telephone:  (619) 236-9600
> Facsimile:  (619) 236-9669
> Email: mmaneker@wilsonturnerkosmo.com

I further certify that I caused the foregoing to be mailed by the U.S. Postal Service, from Charleston, West Virginia, postage prepaid, to the following:

> Craig Cunningham
> 5543 Edmondson Pike, Suite 248
> Nashville, Tennessee  37211

Bryan Anthony Reo
7143 Rippling Brook Lane
Mentor, Ohio  44060

Dated: August 31, 2017.                    By:  /s/ Jonathan R. Marshall
                                                Jonathan R. Marshall
                                                209 Capitol Street
                                                Charleston, West Virginia 25301
                                                Telephone:  (304) 345-6555
                                                Facsimile:  (304) 342-1110
                                                Email: jmarshall@baileyglasser.com