IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS INTERNATIONAL
INC., TELEPHONE CONSUMER                    MDL NO. 1:13-md-02493-JPB-JPM
PROTECTION ACT LITIGATION

THIS DOCUMENT RELATES TO:

*Jason Bennett v. Monitronics International, Inc.*
Civil Action No. 1:14-cv-00034

*Philip Charvat v. Monitronics International Inc., et al.*
Civil Action No. 1:14-cv-00162

*Scott Dolemba v. Alliance Security, Inc.*
Civil Action No. 1:14-cv-00082

*Scott Dolemba v. Monitronics International, Inc.*
Civil Action No. 1:14-cv-00066

*Michael Hodgin and Janet Hodgin v. Monitronics International, Inc.*
Civil Action No. 1:13-cv-00263

*Diana Mey v. Monitronics International, Inc., et al.*
Civil Action No. 5:11-cv-00090

*Diana Mey v. Monitronics International, Inc, et al.*
Civil Action No. 1:14-cv-00059

## ORDER OF DISMISSAL

For reasons appearing to the Court and without objection by the parties, the above

referenced matters are hereby **DISMISSED** and **STRICKEN** from the docket of the Court, each

party to bear its own fees and costs. The dismissal of the Plaintiffs' claims against Monitronics

International, Inc., is with prejudice.

The Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

5·16·2019

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE