IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS INTERNATIONAL
INC., TELEPHONE CONSUMER           MDL NO. 1:13-md-02493-JPB-JPM
PROTECTION ACT LITIGATION

THIS DOCUMENT RELATES TO:

*Keith Finklea, et al., v. Monitronics International Inc., et al.*,
Case No. 1:14-cv-87

*Todd C. Bank, et al., v. Alliance Security Inc., et al.*,
Case No. 1:14-cv-215

*Darren Newhart v. Monitronics International, Inc., et al.*,
Case No. 1:15-cv-161

*Jeffrey Wagy v. Monitronics International, Inc., et al.*
5:16-cv-133

**ORDER OF PARTIAL DISMISSAL AND JUDGMENT**

For reasons appearing to the Court and because none of these plaintiffs requested exclusion from the Class, their claims against Monitronics International, Inc., are dismissed with prejudice by operation of the Class Action Settlement Agreement and the Final Approval Order entered by this Court on June 12, 2018 (Doc. 1214), with each respective party to bear its own fees and costs. Accordingly, Monitronics International, Inc., is hereby DISMISSED from each of these actions.

Further, finding no just reason for delay, the Court directs the entry of final judgment for Monitronics International, Inc., in each of these cases.

The Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

1

6·17·2019

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE