IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS INTERNATIONAL
INC., TELEPHONE CONSUMER             MDL NO. 1:13-md-02493-JPB-JPM
PROTECTION ACT LITIGATION

THIS DOCUMENT RELATES TO:

*Michael C. Worsham v. Monitronics International, Inc., et al.*
Civil Action No. 1:15-cv-225

*Michael C. Worsham v. Monitronics International, Inc., et al.*
Civil Action No. 5:16-cv-82

*Michael C. Worsham v. Alliance Security, Inc., et al.*
Civil Action No. 5:16-cv-127

## STIPULATION AND ORDER OF PARTIAL DISMISSAL

Comes now Plaintiff Michael C. Worsham and Defendant Monitronics International, Inc., by its counsel, and stipulate to the dismissal of Monitronics International, Inc., with prejudice, each party to bear its own costs and attorneys' fees in each of the above actions, and to the dismissal of the remainder of these actions without prejudice.

In accordance with the foregoing stipulation, Monitronics International, Inc., is hereby DISMISSED WITH PREJUDICE in each of the above actions with each party to bear its own costs and attorneys' fees, and the remainder of each of these actions is DISMISSED WITHOUT PREJUDICE.

Dated this __15th__ day of July, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1

*HAVE SEEN, APPROVE, AND SO STIPULATE:*

*[signature: Michael C. Worsham]*

Michael C. Worsham, Plaintiff, Pro Se
1916 Cosner Road
Forest Hill, Maryland 21050-2210
410-692-2749
michael @ magicmichael.net


/s/ Jeffrey A. Holmstrand
Jeffrey A. Holmstrand (#4893)
Jeffrey A. Grove (#6065)
GROVE HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia 26003
(304) 905-1961
jholmstrand@ghdlawfirm.com
jgrove@ghdlawfirm.com

*Of Counsel For Monitronics International, Inc.*