IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS INTERNATIONAL
INC., TELEPHONE CONSUMER                    MDL NO. 1:13-md-02493-JPB-JPM
PROTECTION ACT LITIGATION

THIS DOCUMENT RELATES TO:

*Sandra Fairley v. Monitronics International, Inc.*
Case No. 1:14-cv-54

### STIPULATION AND ORDER OF DISMISSAL

Comes now Plaintiff Sandra Fairley, by counsel, and Defendant Monitronics International, Inc., by its counsel, and pursuant to the prior settlement of this action, stipulate to the dismissal of this action, with prejudice, each party to bear its own costs and attorneys' fees.

In accordance with the foregoing stipulation, this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

Dated this **21st** day of July, 2020.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

*HAVE SEEN, APPROVE, AND SO STIPULATE:*

/s/ Sergei Lemberg
Sergei Lemberg
LEMBERG LAW LLC
43 Danbury Road
Wilton, CT 06897
Tel. 203.653.2250 x5500
Fax. 203.653.3424
slemberg@lemberglaw.com

*Of Counsel for Sandra Fairley*

1

/s/ Jeffrey A. Holmstrand
Jeffrey A. Holmstrand (#4893)
Jeffrey A. Grove (#6065)
GROVE HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia 26003
(304) 905-1961
jholmstrand@ghdlawfirm.com
jgrove@ghdlawfirm.com

*Of Counsel For Monitronics International, Inc.*

2

/s/ Jeffrey A. Holmstrand
Jeffrey A. Holmstrand (#4893)
Jeffrey A. Grove (#6065)
GROVE HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia 26003
(304) 905-1961
jholmstrand@ghdlawfirm.com
jgrove@ghdlawfirm.com

*Of Counsel For Monitronics International, Inc.*